### JOSEPH WANTON VS. THOMAS FREEBODY, *et al.*, 1743

### JOSEPH WANTON ESQ^R VS THOMAS FREEBODY *et al.*

COLONY OF RHODE ISLAND ETC. CURIA ADMIRALITATIS At a Court of Vice Admiralty held at Newport in the County of Newport in the Colony afores^d On Thursday the Eleventh Day of August A: D 1743.

The Hon^ble John Gidley Esq^r Judge

The Court being Opened, The Judge being very much indisposed The Court is adjourned until Monday the 15th Instant at 10 aClock A: M